IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CRAIG DONALDSON, | § | |
| | § | No.   118, 2022 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| PROGESSIVE ADVANCED | § | C.A. No.   N21C-10-203 |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted:   October 12, 2022
Decided:   November 21, 2022

Before **SEITZ**, Chief Justice; **VALIHURA**, and **VAUGHN**, Justices.

# **O R D E R**

This 21st day of November 2022, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated March 29, 2022.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
Justice